IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-232-D

| | | |
|---|---|---|
| VIVIAN WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of the Commissioner's unopposed Motion to Appear by Videoconference for the hearing scheduled on July 17, 2014, at 4.30 pm, it is hereby ORDERED that the Motion is hereby GRANTED.

SO ORDERED, this __10__ day of July, 2014.

JAMES C. DEVER III
Chief United States District Judge