AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| VIVIAN CARMEL WRIGHT,<br>      Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>*Acting Commissioner of Social Security,*<br>      Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:13-CV-232-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Plaintiff's Motion for Judgment on the Pleadings [D.E. 22] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 25] is DENIED. The Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g), and remands the case to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **JULY 17, 2014,** WITH A COPY TO:

Vaughn Stephen Clauson (via CM/ECF Notice of Electronic Filing)
Robert K. Crowe (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| July 17, 2014<br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br>/s/Crystal Jenkins<br>(By) Deputy Clerk |

Raleigh, North Carolina

Page 1 of 1
Case 5:13-cv-00232-D   Document 33   Filed 07/17/14   Page 1 of 1